ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Sean.Van.Demark@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 18 2020

at 8 o'clock and 41 min. 9 M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) MAG. NO. 20-198 RT |
|---|---|
| Plaintiff, | ) |
|  | ) CRIMINAL COMPLAINT; |
|  | ) AFFIDAVIT IN SUPPORT OF |
| v. | ) CRIMINAL COMPLAINT |
|  | ) |
| STANLEY KELIIHOLOKAI, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Count 1
Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about February 13, 2020, within the District of Hawaii, STANLEY KELIIHOLOKAI, the defendant, having been previously convicted or a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess ammunition, namely, seven 9mm ball point rounds and two 9mm hollow point rounds, with said ammunition having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count 2
Assault on a Federal Law Enforcement Officer
(18 U.S.C. § 111)

On or about February 13, 2020, within the District of Hawaii, STANLEY KELIIHOLOKAI, the defendant, did forcibly assault and cause bodily injury to persons designated in Title 18, United States Code, Section 1114, namely, C.C. and L.M., in their respective capacities as Task Force Officers with a federal law enforcement agency and as state law enforcement officers acting in cooperation with and under the control of federal officers in a matter involving the enforcement of federal laws, which assault caused physical contact with C.C. and L.M., while

C.C. and L.M. were engaged in, and on account of, the performance of their official duties.

All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

I further state that I am a duly sworn law enforcement officer, federally cross-designated and deputized as a Special Deputy United States Marshal to serve on a United States Marshals Service Task Force, as a Task Force Officer (TFO) with the United States Marshals Service (USMS) Hawaii Fugitive Task Force (HFTF)

This complaint is based on the following affidavit which is attached hereto and made a part of this complaint by this reference.

DATED: February 14, 2020, Honolulu, Hawaii

_____
FLORAND BLANCO
Task Force Officer, USMS

Subscribed and sworn to before me this 14 day of February, 2020, at Honolulu, Hawaii.

_____
Rom Trader
United States Magistrate Judge
District of Hawaii

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Sean.Van.Demark@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. |
| ) | |
| Plaintiff, ) | CRIMINAL COMPLAINT; |
| ) | AFFIDAVIT IN SUPPORT OF |
| v. ) | CRIMINAL COMPLAINT |
| ) | |
| STANLEY KELIIHOLOKAI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

# **INTRODUCTION**

1. This affidavit is submitted for the purpose of establishing probable cause that on and about February 13, 2019, within the District of Hawaii, STANLEY KELIIHOLOKAI (hereinafter referred to as "KELIIHOLOKAI" or "Defendant") engaged in conduct that violated 18 U.S.C. §§ 922(g)(1) and 924(a)(2) as well as 18 U.S.C. § 111.

2. I further state that I am a duly sworn law enforcement officer, federally cross-designated and deputized as a Special Deputy United States Marshal to serve on a United States Marshals Service Task Force, as a Task Force Officer (TFO) with the United States Marshals Service (USMS) Hawaii Fugitive Task Force (HFTF). As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I have more than sixteen years of experience as a duly sworn law enforcement officer, and I have received hundreds of hours of criminal investigation training. I have directed, conducted, and participated in hundreds of investigations involving, but not limited to: illegal narcotics, identity theft, financial fraud, larceny, fugitive apprehension, and crimes of violence. I completed sworn law enforcement training and hold a Honolulu Police Department (HPD) graduation certificate and commission from the Honolulu Police

Department, which I completed at Ke Kula Maka'i - Honolulu Police Department Training Academy in Honolulu, Hawaii. The Honolulu Police Department Training Academy is accredited by the Commission on Accreditation for Law Enforcement (CALEA). I hold a certificate of completion from the United States Marshals Service High Risk Fugitive Apprehension (HRFA) Training Program, which I completed at the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to the United States Marshals Service (USMS) Hawaii Fugitive Task Force (HFTF) where my duties include, but are not limited to, conducting criminal investigations involving fugitives and fugitive apprehension. Through my training and experience, I have studied, learned, and have become familiar with the manner in which fugitives operate.

3. I am familiar with the facts set forth in this affidavit based upon my personal knowledge and/or information provided to me by other law enforcement personnel and/or witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint charging Defendant with violations of federal law. Accordingly, this affidavit does not set forth all of the facts known to me or to United States Marshals Service regarding this matter. Summaries and statements from conversations do not include references to all topics covered in the conversations. This affidavit is not intended to include each and every fact and matter observed or known to the government.

## **PROBABLE CAUSE**

4. On February 13th, 2019, Honolulu Police Department (HPD) officers conducted a surveillance operation in an attempt to locate KALEHUAIWILIIAMEKAMAILE MONTEZ (hereinafter "MONTEZ") who was wanted for an Order To Show Cause Why Pretrial Release Should Not Be Revoked on January 25, 2020 in MJ 19-01301 WRP-01 issued by the United States Magistrate Judge Kenneth J. Mansfield.

5. On February 13th, 2020, United States Marshals Service Task Force Officer Christopher Chu (hereinafter "TFO Chu") and United States Marshals Service Task Force Officer Lyle Maiava (hereinafter "TFO Maiava") were on duty and assigned to HPD District 1 Crime Reduction Unit (hereinafter "D1-CRU"). During this time, both TFO Chu and TFO Maiava were engaged in their official duties as TFO's. D1-CRU Officers also had prior knowledge that MONTEZ was traveling and hiding with STANLEY KELIIHOLOKAI (hereinafter "KELIIHOLOKAI").

6. MONTEZ and KELIIHOLOKAI were known via multiple street sources to be traveling in a 2018 four door sedan Black Audi bearing Hawaii License Plate "TVE 291" (hereinafter "vehicle"). It was also known that KELIIHOLOKAI was known to carry a black and silver handgun and usually stored it on his person or

within a vehicle. Checks made via the Criminal Justice Inquiry System revealed that KELIIHOLOKAI was a convicted felon with a violent history.

7. On February 13th, 2020 at about 5:45 pm, TFO Chu and TFO Maiava were in an unmarked Police vehicle on Kapiolani Boulevard traveling westbound. TFO Chu and TFO Maiava observed a 2018 four door black Audi bearing Hawaii license plate TVE 291 traveling on Kapiolani Boulevard. TFO Chu and TFO Maiava began to conduct surveillance on the suspect vehicle.

8. The suspect vehicle continued westbound on Kapiolani Boulevard and began to slow down, at which time the TFO's unmarked Police vehicle passed just to the right of the suspect vehicle. While passing the suspect vehicle with a clear and unobstructed view TFO Chu and TFO Maiava observed KELIIHOLOKAI to be operating the vehicle and MONTEZ to be the front seat passenger. TFO Chu and TFO Maiava both had prior contact with KELIIHOLOKAI and MONTEZ.

9. TFO Chu and TFO Maiava then continued to surveillance on the suspect vehicle which then made a right turn into the Target Parking lot entrance on Kapiolani Boulevard. The suspect vehicle then proceeded up the parking lot ramp onto the second floor and parked.

10. TFO Chu and TFO Maiava approached the suspect vehicle from the rear and parked directly behind. TFO Chu exited the unmarked Police vehicle while wearing his issued Police ballistic vest with Marked Police Patches on both the

front and rear and approached the front passenger seat where MONTEZ had been seated. TFO Chu announced his credentials repeatedly "Police… Police… Police… MONTEZ you're under arrest get out of the vehicle." During this announcement TFO Chu was situated by the right rear of the suspect vehicle while TFO Maiava was seated in the unmarked HPD Police vehicle driver seat. Shortly after the announcement, the reverse lights of the suspect vehicle illuminated and the vehicle began to reverse toward the unmarked HPD vehicle.

11. As a result of the suspect vehicle reversing towards TFO Chu, he was forced to make an evasive movement in order to avoid being struck by the reversing suspect vehicle. However, the suspect vehicle then collided into the front left bumper area of the unmarked HPD vehicle causing the collision. The suspect vehicle then began to drive forward causing it to veer left. During this incident TFO Chu continued to issue commands "Police… Police… Police… Stop the vehicle." The suspect vehicle proceeded to do this action a total of 4-5 times causing multiple motor vehicle collisions as well as steering the suspect vehicle more and more out of the stall facing the kokohead wall. The multiple and deliberate collisions caused injury to TFO Maiava who was in the driver's seat and damages to the front left bumper area of the unmarked HPD vehicle.

12. TFO Chu, TFO Maiava, and other Officers were eventually able to approach the suspect vehicle on foot. After a brief struggle, TFO's and Officers

were able to detain both KELIIHOLOKAI and MONTEZ without further incident. Upon securing the scene, TFO's and Officers subsequently observed in plain view a black and silver semi-automatic type handgun on the driver's side floorboard area. These observations were made from a location just outside of the vehicle at a distance of 1'-2'.

13.  HPD Officer Jordan Rego (hereinafter "Officer Rego") recovered the black and silver semi-automatic handgun from within the suspect vehicle. Officer Rego cleared and rendered the firearm safe by ejecting the magazine and locking the slide to the rear. Upon doing so, Officer Rego observed the firearm to be loaded with a round chambered ready to fire. The firearm contained a total of nine 9mm rounds eight of which, were loaded within the magazine and one 9mm round ejected from the chamber during slide lock.

14.  A Criminalist with HPD's Scientific Investigative Section, test fired the black and silver pistol type firearm and determined that it was in operating condition.

15.  A check with the Criminal Justice Information System revealed that KELIIHOLOKAI is a convicted felon.

16.  On February 14, 2020, an Interstate Nexus Special Agent from the Bureau of Alcohol, Tobacco, Firearms, and Explosives reviewed photographs of

the ammunition and concluded that the ammunition were not manufactured in the State of Hawaii and had therefore travelled in interstate or foreign commerce.

## CONCLUSION

17. Based on the foregoing facts, I respectfully submit that probable cause exists to believe that STANLEY KELIIHOLOKAI, the defendant, committed the aforementioned offenses.

Respectfully submitted,

_____
Florand Blanco
United States Marshals Service TFO

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 1957 on February 14, 2020.

Subscribed and sworn to before me this 14 day of February, 2020, at Honolulu, Hawaii

_____
Rom Trader
United States Magistrate Judge
District of Hawaii